UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 13−32488
Chapter 13
Robert May, Jr.

    Debtor

# ORDER

This case is before the court on the following matter:

*27* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by David Weston on behalf of Robert May Jr.. Responses due by 01/13/2014. (Weston, David)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 14th day of January, 2014.

                                    /s/ Honorable Dwight H. Williams Jr.
                                    United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          Middle District of Alabama
In re:                                                      Case No. 13-32488-DHW
Robert May, Jr.                                             Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 1127-2          User: jmclain             Page 1 of 1              Date Rcvd: Jan 14, 2014
                              Form ID: ogr9007          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2014.
db              +Robert May, Jr.,   3442 Opportune Way,   Montgomery, AL 36108-3924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2014 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              David  Weston    on behalf of Debtor Robert  May, Jr. westonnot@yahoo.com,
               notice.leslie@aol.com;notice@davidweston.org
              Enslen  Crowe    on behalf of Creditor    REGIONS BANK DBA REGIONS MORTGAGE bankruptcy@sirote.com
                                                                                             TOTAL: 4